B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re   Vinnie M. Gibson                    ,           Case No.  13-37377
                Debtor

                                                        Chapter   13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$   70.25            Check one   ☐  With the filing of the petition, or
                                 ☑  On or before  October 23, 2013

$   70.25            on or before   November 22, 2013

$   70.25            on or before   December 20, 2013

$   70.25            on or before   January 21, 2014

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                        BY THE COURT

                                                        /s/ Pamela S. Hollis
Date:  October 2, 2013
                                                        _United States Bankruptcy Judge_